UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HENRY AND MARY NORTON                    CIVIL ACTION

VERSUS                                   NO. 09-2133

ALLSTATE INSURANCE COMPANY               SECTION "N" (1)

**ORDER AND REASONS**

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed <u>and</u> that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to Allstate Insurance Company's Motion for Summary Judgment (Rec. Doc. 14), set for hearing on February 10, 2010, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that **Allstate Insurance Company's Motion for Summary Judgment (Rec. Doc. 14)** should be and is hereby **GRANTED**. Thus, Plaintiffs' lawsuit is dismissed in its entirety, with prejudice, and at Plaintiffs' costs.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the

1

Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 10th day of February 2010.

_____
KURT D. ENGELHARDT
United States District Judge